Terri Upton LEVY, Respondent,

v.

Glen Arthur UPTON, Appellant.

No. WD 46369.

Missouri Court of Appeals,
Western District.

Feb. 9, 1993.

Allan D. Seidel, Trenton, for appellant.

Randall D. Thompson, Bethany, for respondent.

Before ULRICH, P.J., and
BRECKENRIDGE and HANNA, JJ.

ORDER

PER CURIAM:

Father appeals from an order modifying a decree of dissolution, with respect to child custody, support, and visitation.

The judgment is affirmed. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Frank L. OWENS, Appellant.

No. WD 46266.

Missouri Court of Appeals,
Western District.

Feb. 9, 1993.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before KENNEDY, P.J., and BERREY and SPINDEN, JJ.

ORDER

PER CURIAM:

Defendant appeals from jury conviction of sale of a controlled substance, § 195.211 RSMo.Supp.1991, and sentence, as a prior offender, to five years in prison. The judgment of conviction is affirmed. Rule 30.-25(b).